UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN MOLINA FLORES,<br><br>  Plaintiff,<br><br> v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited Liability Company; and DOES 1–50, inclusive,<br><br>  Defendants. | 1:23-cv-01046-ADA-BAM<br><br>ORDER GRANTING PARTIES' STIPULATION SUBMITTING MATTER TO ARBITRATION<br><br>(ECF No. 8) |

  Pursuant to the Parties' Stipulation, and good cause appearing, the Court orders as follows:

  1. The Court GRANTS the Parties' Stipulation (ECF No. 8).

  2. Plaintiff Melvin Molina Flores must submit the causes of action alleged in his Complaint to arbitration in accordance with the terms of the Stipulation (ECF No. 8) and the Arbitration Agreement, along with the Parties' agreed upon modification to the "Agreement to Arbitrate Disputes":  The arbitrator will issue a decision or award in writing, stating the essential findings of fact and conclusions of law.  The arbitrator may award any party any remedy to which that party is entitled under applicable law, but such remedies shall be limited to those that would be available to a party in a court of law for the claims presented to and decided by the arbitrator.  A court of competent jurisdiction will have the authority to enter a judgment upon the award made pursuant to the arbitration.

///

3. The Parties agree to arbitrate this matter before JAMS's Arbitrator, Elliot Gordon, Esq. In the event that Mr. Gordon is unavailable or unable to arbitrate this matter, the parties will go through the JAMS strike list process to select a new arbitrator. Should the terms of the Arbitration Agreement conflict with the terms of the Stipulation, the terms set forth in the Stipulation control.

4. This action is dismissed with prejudice.

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 17, 2023

_____
UNITED STATES DISTRICT JUDGE